# IN THE SUPREME COURT OF THE STATE OF NEVADA

OCWEN LOAN SERVICING, LLC, A FOREIGN LIMITED LIABILITY COMPANY,

Appellant,

vs.

CHERSUS HOLDINGS, LLC, A DOMESTIC LIMITED LIABILITY COMPANY; AND SOUTHERN TERRACE HOMEOWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION,

Respondents.

No. 80781

FILED

NOV 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to alter or amend a judgment entered in an action to quiet title. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

On October 8, 2020, this court issued an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction as it appeared that claims remained pending below, and the order challenged on appeal was not substantively appealable. Appellant has filed a response to the order to show cause and moves to voluntarily dismiss this appeal. The motion is granted. This appeal is dismissed.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-41465

cc:    Hon. Kerry Louise Earley, District Judge
Eleissa C. Lavelle, Settlement Judge
Wright, Finlay & Zak, LLP/Las Vegas
Hall Jaffe & Clayton, LLP
The Law Office of Vernon Nelson
Eighth District Court Clerk